■ CAROL TOMAN et al., Appellants, v EAST RIVER MANAGEMENT CORP., as Agents for 435 EAST ASSOCIATES, Respondent. — Order, Supreme Court, New York County (L. Cohen, J.), entered on December 6, 1982, unanimously affirmed for the reasons stated by L. Cohen, J., at Special Term, without costs and without disbursements. Concur — Sandler, J. P., Carro, Silverman, Fein and Kassal, JJ.